conversation, is the interceptor. Thus does the law grow imperceptibly but surely toward creating in this Nation the totalitarian type of surveillance we profess to abhor.

I would grant certiorari and reverse these judgments.

No. 5971.* IN RE GARLAND ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BRENNAN is of the opinion that certiorari should be granted.

No. 5986.† HICKMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6514. HORTENCIO v. WHITEHEAD. Sup. Ct. Utah. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent from denial of petition.

No. 5999. HOWARD v. CRAVEN, WARDEN, ET AL., 401 U. S. 983;

No. 6052. FANALE v. ANDERSON ET AL., 401 U. S. 915;

No. 6489. LIPSCOMB v. UNITED STATES, 401 U. S. 980;

No. 6516. YOUNG v. UNITED STATES, 401 U. S. 995;

No. 6522. TRACY ET UX. v. UNITED STATES ET AL., 401 U. S. 980; and

No. 6598. YODER v. UNITED STATES, 401 U. S. 1002. Petitions for rehearing denied.

No. 6044. POLESE v. UNITED STATES ET AL., 400 U. S. 1011. Motion for leave to file petition for rehearing denied.

---

*For separate opinions of BLACK, J., and DOUGLAS, J., see No. 5048, *Meltzer* v. *LeCraw & Co., supra.*

† For dissenting opinion of DOUGLAS, J., see No. 5795, *Hudson* v. *United States, supra.*